UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLENE SMITH, et al., | No. 2:15-cv-2334 MCE CKD PS |
| Plaintiffs, | |
| v. | ORDER |
| KELLEY BENTLEY, | |
| Defendant. | |

Plaintiffs have filed a purported criminal complaint. Plaintiffs are advised that the filing of a criminal complaint cannot be undertaken in federal court by a private citizen. The complaint will therefore be dismissed with leave to amend. In the amended complaint, only civil claims may be made. Plaintiffs must set forth the jurisdictional grounds upon which the court's jurisdiction depends. Federal Rule of Civil Procedure 8(a). Further, plaintiffs must demonstrate how the conduct complained of has resulted in a deprivation of plaintiffs' federal rights. See Ellis v. Cassidy, 625 F.2d 227 (9th Cir. 1980).

Plaintiffs have not paid the fee ordinarily required to file an action in this court, and have filed an incomplete application to proceed without prepayment of fees. See 28 U.S.C. §§ 1914(a), 1915(a). Four persons are named as plaintiffs in this action. The application to proceed in forma pauperis has been signed by only one of the plaintiffs and income and asset information has been provided only for plaintiff Jolene Smith. Plaintiffs will be provided the opportunity to

1

submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

Named as plaintiffs in this action are Isaiah Grandon and Christopher Markoulis, Jr. From the exhibits attached to the complaint, it appears that these two named plaintiffs are the minor sons of plaintiff Jolene Smith. A minor can only proceed if represented by counsel. See Johns v. County of San Diego, 114 F.3d 874 (9th Cir. 1997) (citations omitted) ("It goes without saying that it is not in the interest of minors or incompetents that they be represented by non-attorneys. Where they have claims that require adjudication, they are entitled to trained legal assistance so their rights may be fully protected."). Plaintiffs will therefore be granted thirty days to obtain counsel. Failure to timely obtain counsel will result in a recommendation that the action, as to plaintiffs Isaiah Grandon and Christopher Markoulis, Jr., be dismissed without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' complaint is dismissed;

2. Plaintiffs are granted thirty days from the date of service of this order to file an amended complaint that complies with the requirements of the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned this case and must be labeled "Amended Complaint"; plaintiffs must file an original and two copies of the amended complaint; failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed;

3. Plaintiffs shall submit, within fourteen days from the date of this order, either a completed application and affidavit in support of the request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; the completed affidavit must be signed by all adult plaintiffs and provide income/financial information for each adult plaintiff; plaintiffs' failure to comply with this order will result in a recommendation that this action be dismissed; and

4. The Clerk of the Court is directed to send plaintiffs a new Application to Proceed In Forma Pauperis.

/////

5. Within thirty days, plaintiffs shall obtain counsel for the minor plaintiffs. Failure to comply with this order shall result in a recommendation that the action, as to plaintiffs Isaiah Grandon and Christopher Markoulis, Jr., be dismissed without prejudice.

Dated: November 17, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 smith2334.inc.lta.cou

3