UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLENE SMITH, et al., | No. 2:15-cv-2334 MCE CKD PS |
| Plaintiffs, | |
| v. | ORDER |
| KELLEY BENTLEY, | |
| Defendant. | |

Plaintiffs are proceeding pro se. Plaintiffs have filed a supplemental application to proceed in forma pauperis in which plaintiff Smith states that her monthly take home pay is $700. Plaintiff Herman states that she has assets in the amount of $56,000.

Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). In addition, a $50.00 general administrative fee for civil cases must be paid. 28 U.S.C. § 1914(b). The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. § 1915(a). The combined amount of plaintiffs' income and assets shows that plaintiffs are able to pay the filing fee and costs. Thus, plaintiffs have made an inadequate showing of indigency. See Alexander v. Carson Adult High Sch., 9 F.3d 1448 (9th Cir. 1993); California Men's Colony v. Rowland, 939 F.2d 854, 858 (9th Cir. 1991); Stehouwer v. Hennessey, 841 F. Supp. 316, (N.D. Cal. 1994).

1    Accordingly, IT IS HEREBY ORDERED that plaintiffs are granted fourteen days in
2 which to submit the appropriate fees to the Clerk of the Court.  Plaintiffs are cautioned that failure
3 to pay the filing and general administrative fees in the amount of $400 will result in a
4 recommendation that the application to proceed in forma pauperis be denied and the instant action
5 be dismissed without prejudice.

Dated:  December 4, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 smith2334.ifp.den