1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOLENE SMITH,                          No.  2:15-cv-2334 MCE CKD PS

12               Plaintiff,

13        v.                                 FINDINGS AND RECOMMENDATIONS

14    KELLEY BENTLEY,

15               Defendant.

16

17

18        By order filed December 4, 2015, plaintiffs were granted fourteen days in which to submit

19    the appropriate fees to the Clerk of Court.  Plaintiffs were cautioned that failure to pay the filing

20    and general administrative fees in the amount of $400 would result in a recommendation that the

21    action be dismissed.  Plaintiffs have not paid the requisite fees and have not otherwise responded

22    to the court's order.

23        Accordingly, IT IS HEREBY RECOMMENDED that:

24        1.  Plaintiffs' motion to proceed in forma pauperis (ECF No. 5) be denied; and

25        2.  This action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

26        These findings and recommendations are submitted to the United States District Judge

27    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

28    after being served with these findings and recommendations, any party may file written

                                              1

1   objections with the court and serve a copy on all parties.  Such a document should be captioned

2   "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

3   within the specified time may waive the right to appeal the District Court's order.  Martinez v.

4   Ylst, 951 F.2d 1153 (9th Cir. 1991).

5   Dated:  January 6, 2016

6   _____
    CAROLYN K. DELANEY

7   UNITED STATES MAGISTRATE JUDGE

8

9   4 smith2334.ftc

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28